# United States Court of Appeals
## For the First Circuit

No. 04-2520

UNITED STATES OF AMERICA,

Appellee,

v.

RAMÓN E. RAMOS-ACEVEDO,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 18, 2006 is amended as follows:

The cover page should read as follows: "[Hon. Héctor M. Laffitte, U.S. District Judge]."

Page 2, line 1 should read as follows: "Ramón."